# KEVIN J. KEATING
ATTORNEY AT LAW
Suite 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530-2004

(516) 222-1099

TELECOPIER
(516) 683-8410

September 9, 2010

VIA ECF
Honorable Nicholas Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Morris Fuller

Dear Judge Garaufis:

As you may recall, I am attorney for Mr. Fuller, who is scheduled to appear before Your Honor for a status conference in connection with his violation of supervised release. The Court may recall that this violation stems from Fuller's arrest on an indictment which remains pending before the Honorable I. Leo Glasser

The parties remain in negotiation with regard to the matter pending before Judge Glasser, and expect a resolution of the case by the next scheduled November status conference.

With this, I write to respectfully request an adjournment of the upcoming status conference to a December date convenient to the Court.

I have conferred with AUSA Shreve Ariail who offers his consent to this application.

Thank you for your consideration.

Very truly yours,

*[signature]*

KEVIN J. KEATING

KJK:gd

cc: Shreve Ariail
    Assistant United States Attorney

SO ORDERED:

_____
HON. NICHOLAS GARAUFIS